

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00038-CV

TFHSP LLC, SERIES 4531, APPELLANT

V.

WELLS FARGO BANK, N.A., AS TRUSTEE ON BEHALF OF THE REGISTERED
HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF46, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2004-FF46, APPELLEE

On Appeal from the 462nd District Court
Denton County, Texas
Trial Court No. 17-4726-367, Honorable Lee Ann Breading, Presiding

February 21, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant TFHSP LLC, Series 4531 filed a notice of appeal from the trial court's order granting summary judgment in favor of appellee. The clerk's record was due on January 16, 2020. On January 17, 2020, the district clerk notified this court that appellant had not made payment arrangements for the clerk's record. TEX. R. APP. P. 35.3(a)(2). By letter that day, we directed appellant to pay or make arrangements to pay for the clerk's

record by January 27, 2020.  Failure to do so, we admonished, would subject the appeal to dismissal for want of prosecution.  TEX. R. APP. P. 37.3(b).

To date, appellant has not made payment arrangements for the clerk's record.  Nor has appellant filed a response explaining its omission.  Consequently, we dismiss the appeal for want of prosecution.  TEX. R. APP. P. 37.3(b).

Per Curiam